CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANAND NAYAK, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,<br><br>　　　　　Defendant. | Case No. 3 :26-cv-01169 EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT AND ~~[PROPOSED]~~ ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendant's response to Plaintiffs' complaint.  Defendant will file his response on or before April 28, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order.  Dkt. No. 4.  Currently, Defendant must file a motion for summary judgment by 120 days after the complaint was served, or June 5, 2026.  In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file their motion for summary judgment with 30 days of filing an Answer to the Complaint**.**

Stipulation to Extend
Case No. 3:26-cv-01169 EMC　　　　　　　　　1

Dated: April 14, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: April 14, 2026

*/s/ Curtis Lee Morrison*
CURTIS LEE MORRISON
Red Eagle Law
Attorney for Plaintiffs

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 15, 2026

EDWARD M, CHEN
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-01169 EMC                    2