CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANAND NAYAK, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, <br><br> Defendant. | Case No. 3:26-cv-01169 EMC <br><br> **SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT AND** ~~**[PROPOSED]**~~ **ORDER** |

On April 15, 2026, the Court granted the parties first stipulation to extension of time for Defendant's response to Plaintiffs' complaint.  Dkt. No. 10.  Plaintiffs and Defendant respectfully request the Court to grant a three-day extension of time for Defendant's response to Plaintiffs' complaint and set a due date for May 1, 2026. The parties make this request because Defendant's counsel needs a brief additional time to prepare and finalize Defendant's response.  In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that Defendant file their motion for summary judgment within 30 days of filing an Answer to the Complaint.

///

Stipulation to Extend
Case No. 3:26-cv-01169 EMC                                1

Dated: April 28, 2026                           Respectfully submitted[1],

                                                CRAIG H. MISSAKIAN
                                                United States Attorney


                                                 /s/ Molly A. Friend
                                                MOLLY A. FRIEND
                                                Assistant United States Attorney
                                                Attorneys for Defendant


Dated: April 28, 2026

                                                 /s/ Curtis Lee Morrison
                                                CURTIS LEE MORRISON
                                                Red Eagle Law
                                                Attorney for Plaintiffs


                          [PROPOSED] ORDER

     Pursuant to stipulation, IT IS SO ORDERED.



Date:  April 29, 2026

                                                _____
                                                EDWARD M, CHEN
                                                United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-01169 EMC                        2