CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-6570
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANAND NAYAK, et al., | Case No. 3:26-cv-01169-EMC |
| Plaintiffs, | **ADMINISTRATIVE MOTION TO CONTINUE RESPONSE DEADLINE; [PROPOSED] ORDER** |
| v. | |
| JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services. | Hon. Edward M. Chen |
| Defendant. | |

Pursuant to Civil Local Rules 6-3 and 7-11, Defendant hereby moves the Court for an order continuing the deadline to file a responses to Plaintiffs' Complaint. Dkt. 1. In accordance with Civil Local Rule 6-3(a), this motion is supported by the Declaration of Molly A. Friend ("Friend Decl.") and a proposed order, which are filed herewith.

On February 6, 2026, Plaintiffs filed a Complaint pursuant to the Administrative Procedure Act. Dkt. 1. On April 29, 2026, the Court granted the Parties stipulated request to continue the response deadline to May 1, 2026. Dkt. 12.

Defendant respectfully requests a final three-day extension to May 4, 2026, due to pressing litigation responsibilities in other cases. Friend Decl. at ¶ 3. Specifically, Defendant's counsel is unable

to complete Defendant's response by the current deadline, due to counsel's unusually heavy caseload during the past fourteen days. *Id.* Specifically, Defendant's counsel is handling briefing in multiple matters with pending motions to dismiss and for summary judgment, as well as briefing and hearings in a large number of mandamus actions involving claims of delay in adjudicating Form I-485 petitions, such as the present action. *Id.* Additionally, Defendant's counsel helps manage the civil immigration-related mandamus cases filed in this District, which currently consists of more than 100 active cases. *Id.*

Defendant respectfully submits that the requested extension will not prejudice Plaintiffs, as Defendant is requesting only a three-day extension. Defendant's counsel reached out to Plaintiffs' counsel on May 1, 2026, to request a stipulation for an extension. *Id.* at ¶ 4. Plaintiffs' counsel responded that Plaintiffs took no position on the request. *Id.* Upon a request for clarification, Plaintiffs' counsel responded that Plaintiffs could not consent to the extension. *Id.*

Accordingly, Defendant respectfully requests that the Court enter an Order continuing the deadline for Defendant to respond to the Complaint to May 4, 2026.

DATED: May 1, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney

*Attorneys for Defendant*

# ~~[PROPOSED]~~ ORDER

Defendant has filed a motion requesting a continuance of the deadline to file a response to Plaintiff's Complaint to May 4, 2026.

Having considered the papers, and good cause appearing therefore, the Court hereby GRANTS the motion. IT IS SO ORDERED.

DATED: May 4, 2026

_____
DISTRICT JUDGE EDWARD M. CHEN