Matthew T. Galati, Esq. (PA BN 312013)
matt@galati.law
THE GALATI LAW FIRM, LLC
8080 Old York Road, Suite 204
Elkins Park, PA 19027
Tel: (215) 309-1728

*Lead Counsel, Appearing Pro Hac Vice*

Curtis Lee Morrison, Esq. (CA BN 321106)
curtis@redeaglelaw.com
RED EAGLE LAW, L.C.
5256 S. Mission Road, Suite 135
Bonsall, CA 92003
Tel: (714) 661-3446
*Local Counsel*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| Anand Nayak, *et al*.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>Joseph B. Edlow, Director, United States Citizenship and Immigration Services,<br><br>                    Defendant. | ) Case No.: 3:26-cv-01169-EMC<br>)<br>) **STIPULATION TO WITHDRAW MOTION TO**<br>) **DISMISS, SET RESPONSE DEADLINE, AND**<br>) **CONTINUE HEARING;** ~~[PROPOSED]~~ **ORDER**<br>)<br>) **Hearing:**<br>) Date: 08/13/2026<br>) Time: 1:30 P.M.<br>) Courtroom: Courtroom 5, 17th Floor<br>)<br>) Hon. Edward M. Chen |

### STIPULATION TO WITHDRAW MOTION AND SET RESPONSE DEADLINE

Plaintiffs and Defendant (collectively, the "Parties"), through undersigned counsel, hereby submit this stipulation to withdraw Defendants' currently pending Motion to Dismiss (Dkt. 15), set a response deadline to Plaintiffs' Amended Complaint (Dkt. 19), and seek a continuance of the hearing

| STIPULATION TO CONTINUE HEARING | 1 | RED EAGLE LAW, L.C.<br>5256 S. MISSION ROAD, SUITE 135<br>BONSALL, CA 92003<br>TEL: (714) 661-3446 |
|---|---|---|

date for Defendant's May 4, 2026 Motion to Dismiss (Dkt. 15). The current hearing date is scheduled for June 18, 2026 and the Parties respectfully request that it be re-calendared to August 13, 2026. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed the original Complaint in this action on February 6, 2026. Dkt. 1.

2. In response, Defendants filed a Motion to Dismiss on May 4, 2026 and set a hearing on the Motion to Dismiss for June 18, 2026. Dkt. 15.

3. Matthew T. Galati filed an Application for Admission of Attorney Pro Hac Vice on May 19, 2026. Dkt. 16.

4. The Court granted the Pro Hac Vice application on May 21, 2026. Dkt. 17.

5. Plaintiffs timely filed an Amended Complaint on May 26, 2026. Dkt. 19.

6. The Motion for Dismiss (Dkt. 15) is still pending before this Court.

7. The Parties, therefore, stipulate and respectfully request the Court vacate the currently pending Motion to Dismiss (Dkt. 15) and set the deadline for Defendants to respond to the Amended Complaint as June 17, 2026.

8. Both lead counsel for Plaintiffs, Matthew T. Galati (appearing pro hac vice), and local counsel for Plaintiffs, Curtis Lee Morrison, will be attending an immigration law conference. They both have prior commitments with respect to this conference and are unable to attend the hearing as scheduled. In addition, Mr. Galati has family commitments in the month of July involving the domestic visits of his children who reside abroad.

9. Accordingly, the Parties request that the hearing be re-calendared to the next possible time, specifically August 13, 2026 at 1:30 P.M. PST.

DATED: June 11, 2026                           Respectfully submitted,

                                               */s/ Matthew T. Galati, Esq.*

STIPULATION TO CONTINUE                  2               RED EAGLE LAW, L.C.
HEARING                                              5256 S. MISSION ROAD, SUITE 135
                                                         BONSALL, CA 92003
                                                         TEL: (714) 661-3446

Matthew T. Galati
THE GALATI LAW FIRM, LLC
8080 Old York Road
Suite 204
Elkins Park, PA 19027
Phone: (215) 309-1728
Email: matt@galati.law
*Lead Counsel*
*Admitted Pro Hac Vice*

*/s/ Curtis Lee Morrison*
Curtis Lee Morrison, Esq.
(CA BN 321106)
RED EAGLE LAW, L.C.
5256 S. Mission Road
Suite 135
Bonsall, CA 92003
Tel: (714) 661-3446
E-mail: curtis@redeaglelaw.com
*Local Counsel*

*Attorney for Plaintiffs*

Dated: June 11, 2026                    */s/ Molly A. Friend*_____

MOLLY ANNE LANDON FRIEND
Assistant United States Attorney
*Attorney for Defendant*

| STIPULATION TO CONTINUE HEARING | 3 | RED EAGLE LAW, L.C.<br>5256 S. MISSION ROAD, SUITE 135<br>BONSALL, CA 92003<br>TEL: (714) 661-3446 |

**[PROPOSED]** **ORDER**

Pursuant to stipulation of the parties, and good cause appearing, IT IS SO ORDERED that the Motion to Dismiss is vacated, the Defendant's deadline to respond to Plaintiffs' First Amended Complaint is set for June 17, 2026, and that the hearing date for Defendant's forthcoming Motion to Dismiss is extended to August 13, 2026.

Date:  June 12, 2026

_____
EDWARD M. CHEN
United States District Judge

STIPULATION TO CONTINUE
HEARING

4

RED EAGLE LAW, L.C.
5256 S. MISSION ROAD, SUITE 135
BONSALL, CA 92003
TEL: (714) 661-3446